**RICHARD J. BOESEN (SBN: 056579)**
Attorney at Law
964 Fifth Ave, Suite 335
San Diego, CA 92101
(619) 233-5121
rboesenlaw@gmail.com

Attorney for Defendant,
Robert Jesus Gallon

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (Honorable Marilyn L. Huff)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT JESUS GALLON,<br><br>Defendant. | Case No.: 19-CR-0491-H<br><br>**DEFENDANT ROBERT JESUS GALLON'S SENTENCING SUMMARY CHART**<br><br>DATE: January 25, 2021<br>TIME: 9:00 a.m. |

COMES NOW Defendant Robert Jesus Gallon, by and through his counsel, Richard J. Boesen, and hereby submits the following Sentencing Summary Chart.

Date: January 11, 2021                    Respectfully submitted,

/s/ Richard J. Boesen
RICHARD J. BOESEN
Attorney for Defendant

## DEFENDANT'S SENTENCING SUMMARY CHART

Defendant's Name: Robert Jesus Gallon          Docket No. 19-CR-0491-H

Attorney's Name: Richard J. Boesen             Phone No. (619) 233-5121

Guideline Manuel Used: November 1, 2018        Agree with USPO: No

Base Offense Levels: USSG § 2d1.1(a)(2) ...................................................... 38

Specific Offense Characteristics:

Victim Related Adjustment

Adjustment for Role in the Offense ................................................................... -1

Adjustment for Obstruction of Justice

Adjustment for Reckless Endangerment During Flight

Adjusted Offense Level ................................................................................... 37

Adjustment for Acceptance of Responsibility: ................................................... -3

Total Offense Level ......................................................................................... 34

Criminal History Score: ..................................................................................... 1

Criminal History Category .................................................................................. I

Guideline Range: ......................................................................... 151-188 months

Departures:

   Expeditious Resolution Variance (18 USC §3553) ......................................... -3

Adjusted Total Offense Level ........................................................................... 31

Adjusted Guideline Range .......................................................... 108-135 months

**RECOMMENDATION:** Less than 120 months; no restitution