RANDY S. GROSSMAN
Acting United States Attorney
CARLOS ARGUELLO
Assistant U.S. Attorney
CA Bar No.: 157162
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-6684

Attorneys for the United States

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT JESUS GALLON (1),<br><br>Defendant. | Case No.: 19-CR-0491-H<br><br>Date: May 3, 2021<br>Time: 10:00 a.m.<br><br>**UNITED STATES' SENTENCING SUMMARY CHART** |

The United States of America, by and through its counsel, RANDY S. GROSSMAN, Acting United States Attorney, and Carlos Arguello, Assistant U.S. Attorney, hereby files its *Sentencing Summary Chart*.

DATED: April 27, 2021

Respectfully submitted,

RANDY S. GROSSMAN
Acting United States Attorney

   /s/ Carlos Arguello
Carlos Arguello
Assistant U.S. Attorney

SENTENCING SUMMARY CHART USPO [ ]
[☒] AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)] AUSA [☒]
DEF [ ]

Defendant: ROBERT JESUS GALLON (1) Docket No.: 19-CR-0491-H
Attorney's Name: AUSA Carlos Arguello Phone No.: (619) 546-6684
Guideline Manual Used: November 1, 2018 Agree with USPO Calc.: Yes ☐ No ☐
Base Offense Level(s): USSG § 2D1.1(a)(2) – Death or Serious Bodily Injury   38

Specific Offense Characteristics:
Victim Related Adjustment:
Adjustment for Role in the Offense:
Adjustment for Obstruction of Justice:
Adjusted Offense Level:   38
☐ Combined (Mult. Counts)   ☐ Career Off.   ☐ Armed Career Crim.
Adjustment for Acceptance of Responsibility ☒ Government Motion – USSG § 3E1.1(b)   -3
Total Offense Level:   35
Criminal History Score:   0
Criminal History Category:   I
___ Career Offender   ___ Armed Career Criminal
Guideline Range:   from: 165 mths
(Range limited by: ___ minimum mand.   ___ statutory maximum)   to: 210 mths
Departures:
  Expeditious Resolution [Variance under § 3553(a)]   -3

Resulting Guideline Range: Adjusted Offense Level   32   from: 121 mths
to: 151 mths

GOVERNMENT RECOMMENDATION:   · **Participate in R.D.A.P.**
· **5-Years' Supervised Release.**
· **No Fine.  $100 S/A.**

Rev.