MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | VS | ROBERT JESUS GALLON (1) |
|---|---|---|
| Case Number: 19CR0491-H | EXHIBIT LIST | SENTENCE WITH PSR HEARING |

☐ Plaintiff    ☐ Defendant    ☒ Victim-Witness

| Letter | Date I.D. | Date Rec'vd | Description |
|---|---|---|---|
| A | May 3, 2021 | May 3, 2021 | Photo of victim |